# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local # 10 Control Board Trust Fund,

Plaintiffs,

vs.

Twin Cities Plumbing and Heating, Inc., a Minnesota Corporation,

Defendant.

Civil File No. 00-193 JMR/FLN

**INJUNCTION**

Pursuant to this Court's Order dated April __________, 2000:

1. Defendant is to submit forthwith to Plaintiffs all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant is delinquent, together with interest and liquidated damages.
2. Defendant is to submit forthwith to Plaintiffs all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.
3. The Defendant shall cooperate in all ways with this audit.
4. Defendant, acting through its directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, is MANDATED to submit to Plaintiffs all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

BY THE COURT:

Dated: April 21st, 2000

James M. Rosenbaum
United States District Judge

H:\LABOR\DOCUMENTS\SHEET METAL\TWIN CITIES INJUNCTION 6340.15.DOC

APR 24 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________