# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

The Trustees of the Sheet Metal Local #10 Control Board Trust Fringe Benefit Fund,

Plaintiffs,

vs.

Twin Cities Plumbing and Heating, Inc., a Minnesota Corporation,

Defendant.

Civil File No. 00-193 JMR/FLN

**ORDER FOR JUDGMENT**

---

That the above-entitled matter came on without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant, and consistent with this Court's April 21, 2000, Order.

Based upon the April 21, 2000 Order, the Affidavit of Andrew E. Staab, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

## ORDER

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $9,231.13.

Dated: September 21st, 2000

James M. Rosenbaum
United States District Judge

H:\Labor\6310_6340_6340 Sheet Metal\6340.15 Twin Cities\Order.doc
vb

SEP 21 2000

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD SEP 21 2000
DEPUTY CLERK